# IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| DAVID L. MATTHEWS, | § | No. 235, 2017 |
| Defendant Below, | § | |
| Appellant, | § | Court Below—Superior Court of the |
| | § | State of Delaware |
| v. | § | |
| | § | Cr. ID No. 1104015690 (N) |
| STATE OF DELAWARE, | § | |
| | § | |
| Plaintiff Below, | § | |
| Appellee. | § | |

Submitted:  June 27, 2017
Decided:    July 11, 2017

## O R D E R

This 11th day of July 2017, it appears to the Court that, by certified notice date June 13, 2017, the Clerk directed the appellant to show cause why this appeal should not be dismissed for the appellant's failure to file the notice of appeal within thirty days after entry upon the docket of the order on appeal. The appellant has not responded to the notice to show cause. Therefore, the dismissal of the appeal is deemed to be unopposed.

NOW, THEREFORE, IT IS ORDERED, under Supreme Court Rules 3(b)(2) and 29(b), that the appeal is DISMISSED.

BY THE COURT:

James T. Vaughn

Justice